IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Estate Of Ernest Gottdiener, et. al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   No. 15-1245 |
| | )   Judge Wolski |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter the appearance of _____Christopher J. Carney_____, as attorney of record for the United States.  Service of all papers by opposing parties should be addressed as follows:

Christopher J. Carney
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044

s/Christopher J. Carney
CHRISTOPHER J. CARNEY
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Telephone: (202) 305-7597
Facsimile:  (202) 305-7643
Email: Chris.Carney@usdoj.gov

Dated: November 16, 2015