# In the United States Court of Federal Claims

No. 15-1245C
(Filed March 20, 2018)

```
* * * * * * * * * * * * * * * * *
                                 *
ESTATE OF ERNEST                 *
GOTTDIENER, et al.,              *
                                 *
                                 *
         Plaintiffs,             *
                                 *
    v.                           *
                                 *
THE UNITED STATES,               *
                                 *
         Defendant.              *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

During the most recent status conference, plaintiffs' counsel indicated that he intended to file a motion for leave to file a supplemental brief concerning an aspect of the oral argument in *Carpenter v. United States*, No. 16-402, currently pending before the Supreme Court. Neither that motion nor a brief has been received by the Court. Plaintiffs shall file their motion for leave on or by **Tuesday, April 10, 2018**. If plaintiffs no longer intend to file such a motion, they shall inform Court on or by that date.

**IT IS SO ORDERED.**

                                                    s/ Victor J. Wolski
                                                  **VICTOR J. WOLSKI**
                                                  Judge