# In the United States Court of Federal Claims

No. 15-1245C
(Filed May 10, 2018)

```
* * * * * * * * * * * * * * * * *
                                 *
ESTATE OF ERNEST                 *
GOTTDIENER, et al.,              *
                                 *
            Plaintiffs,          *
                                 *
    v.                           *
                                 *
THE UNITED STATES,               *
                                 *
            Defendant.           *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

Plaintiffs' unopposed motion for an enlargement of the time period in which to file the reply in support of their motion for leave to file a supplemental brief is **GRANTED**. Accordingly, that reply shall be filed on or by **Friday, May 11, 2018**.

**IT IS SO ORDERED.**

                                          s/ Victor J. Wolski
                                          **VICTOR J. WOLSKI**
                                          Judge