# In the United States Court of Federal Claims

No. 15-1245C
(Filed August 28, 2018)

```
* * * * * * * * * * * * * * * * *
                                  *
                                  *
ESTATE OF ERNEST                  *
GOTTDIENER, et al.,               *
                                  *
                                  *
            Plaintiffs,           *
                                  *
     v.                           *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
                                  *
* * * * * * * * * * * * * * * * *
```

### ORDER

Plaintiffs' pending motion for leave to file a supplemental brief concerns a case before the Supreme Court, *Carpenter v. United States*, 16-402, for which an opinion issued on June 22, 2018. The parties shall confer and file a joint status report on or by **Tuesday, September 11, 2018**, addressing whether the issuance of that opinion has mooted the requested supplementation, has not changed matters, or necessitates further supplementation.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Senior Judge
