# In the United States Court of Federal Claims

No. 15-1245C
(Filed July 15, 2019)

```
* * * * * * * * * * * * * * * * *
                                 *
ESTATE OF ERNEST                 *
GOTTDIENER, et al.,              *
                                 *
            Plaintiffs,          *
                                 *
     v.                          *
                                 *
THE UNITED STATES,               *
                                 *
            Defendant.           *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

The Court had anticipated that the September 20, 2018 joint status report would be a collaborative effort, addressing the relevance, if any, of the Supreme Court decision in *Carpenter v. United States*, No. 16-402, to the pending motion to dismiss the complaint. But since plaintiffs were not able to file their position until the next day, the government's position was formulated without reference to what the plaintiffs were contending about the opinion. Under these circumstances, the Court would like the government to file a short paper in response to the position taken by plaintiffs in the Joint Status Report Addendum, ECF No. 67. This paper may be filed on or by **Tuesday, July 23, 2019**.

**IT IS SO ORDERED.**

                                          s/ Victor J. Wolski
                                          **VICTOR J. WOLSKI**
                                          Senior Judge