# In the United States Court of Federal Claims

No. 15-1245C
(Filed January 31, 2022)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
ESTATE OF ERNEST                 *
GOTTDIENER, et al.,              *
                                 *
                                 *
            Plaintiffs,          *
                                 *
     v.                          *
                                 *
THE UNITED STATES,               *
                                 *
            Defendant.           *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

**ORDER**

     Chambers and government counsel have received a communication from plaintiffs' lawyer indicating that a document which the government will be filing in another matter by this Thursday will have a bearing on the content of the long-anticipated second amended complaint, and the reply in support of the motion for leave to file a document under seal. As a consequence, the deadline for filing those two documents is extended to **Friday, February 11, 2022**. If plaintiffs determine that one or both documents are no longer necessary, they may instead file a status report, on or by that same date, informing the Court of this determination.

**IT IS SO ORDERED.**

                                                       s/ Victor J. Wolski
                                                       **VICTOR J. WOLSKI**
                                                       Senior Judge