# In the United States Court of Federal Claims

No. 15-1245C
(Filed February 28, 2022)

```
* * * * * * * * * * * * * * * * *
                                  *
                                  *
ESTATE OF ERNEST                  *
GOTTDIENER, et al.,               *
                                  *
                                  *
             Plaintiffs,          *
                                  *
     v.                           *
                                  *
THE UNITED STATES,                *
                                  *
             Defendant.           *
                                  *
                                  *
* * * * * * * * * * * * * * * * *
```

## ORDER

  Prior to the expiration of the deadline for filing the reply in support of their motion for leave to file a document under seal, ECF No. 84, and for filing a second amended complaint, plaintiffs have filed a motion seeking an extension of this deadline.  ECF No. 102.  Although it is not clear how much time plaintiffs need for these filings, and subsequent papers filed as status reports, *see* ECF Nos. 103 & 104, suggest that the motion for leave might be supplanted by another motion (and that a supplemental brief might take the place of a second amended complaint), the Court **GRANTS** the motion for an extension, which in any event has not been opposed.  Consequently, the deadline for filing the reply paper and second amended complaint is extended to **Friday, March 11, 2022**.  If plaintiffs determine that one or both documents are no longer necessary, they may instead file a status report, on or by that same date, clearly informing the Court of this determination.

**IT IS SO ORDERED.**

              s/ Victor J. Wolski
              **VICTOR J. WOLSKI**
              Senior Judge