# In the United States Court of Federal Claims

No. 15-1245C
(Filed March 14, 2022)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
ESTATE OF ERNEST                 *
GOTTDIENER, et al.,              *
                                 *
                                 *
              Plaintiffs,        *
                                 *
    v.                           *
                                 *
THE UNITED STATES,               *
                                 *
              Defendant.         *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

      The Court has reviewed the status report filed by plaintiffs, *see* ECF No. 106, and understands that plaintiffs should have access to the documents they seek to file within the next few weeks. Accordingly, plaintiffs shall file the reply in support of their motion to file a document under seal, or a second amended complaint, on or by **Monday, April 4, 2022**.

**IT IS SO ORDERED.**

                                                    s/ Victor J. Wolski
                                                    **VICTOR J. WOLSKI**
                                                    Senior Judge