# In the United States Court of Federal Claims

No. 15-1245C
(Filed April 5, 2022)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
ESTATE OF ERNEST                 *
GOTTDIENER, et al.,              *
                                 *
                                 *
           Plaintiffs,           *
                                 *
    v.                           *
                                 *
THE UNITED STATES,               *
                                 *
           Defendant.            *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

The Court has reviewed the status report filed by plaintiffs, *see* ECF No. 108, and understands that plaintiffs finally have access to the documents necessary for their scheduled submission(s) but require additional time to complete that filing. Accordingly, plaintiffs shall file the reply in support of their motion to file a document under seal, or a second amended complaint, on or by **Thursday, April 14, 2022**.

**IT IS SO ORDERED.**

                                                          s/ Victor J. Wolski
                                                     **VICTOR J. WOLSKI**
                                                     Senior Judge