# In the United States Court of Federal Claims

No. 15-1245C
(Filed April 26, 2022)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
ESTATE OF ERNEST                 *
GOTTDIENER, et al.,              *
                                 *
                                 *
            Plaintiffs,          *
                                 *
     v.                          *
                                 *
THE UNITED STATES,               *
                                 *
            Defendant.           *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

It has come to the Court's attention, as a result of email communication from plaintiffs' counsel, on which the government was copied, that the April 15, 2022 order contained a typographical error. The order should have directed plaintiffs to file either a reply in support of their motion to file a document under seal, or a second amended complaint, as opposed to a "document under seal" or a second amended complaint. Accordingly, plaintiffs shall file one of those submissions on or by **Wednesday, April 27, 2022**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Senior Judge
