# In the United States Court of Federal Claims

No. 15-1245C
(Filed April 29, 2022)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
ESTATE OF ERNEST                 *
GOTTDIENER, et al.,              *
                                 *
                                 *
            Plaintiffs,          *
                                 *
     v.                          *
                                 *
THE UNITED STATES,               *
                                 *
            Defendant.           *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

The Court has reviewed the status report filed by plaintiffs, *see* ECF No. 115, and understands that plaintiffs still require additional time to complete their submission. Accordingly, plaintiffs shall file the reply in support of their motion to file a document under seal, or a second amended complaint, on or by **Friday, May 6, 2022**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Senior Judge
