UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Estate of Gottdiener et al., **Plaintiffs**, vs., The United States. **Defendant** | INDEX NO. 15-01245 (VJW) <br><br> PLAINTIFFS' FRE § 201 <br> REQUEST FOR JUDICIAL NOTICE |

## REQUEST FOR JUDICIAL NOTICE

If it please the Court, Plaintiffs request that pursuant to FRE § 201 this Court now take notice of the documents concurrently filed herewith.

    Exhibit 6  Public comment to the below filed with the U.S. Supreme Court on 04/27/22

    Exhibit 5  Proposed rules changes of the U.S. Supreme Court on 03/30/22

    Exhibit 4  RCFP letter to the U.S. Supreme Court on 12/16/19

    Exhibit 3  Response to below from the U.S. Supreme Court on 11/04/11

    Exhibit 2  Letter from the RCFP to the U.S. Supreme Court for change in sealing on 09/14/11

    Exhibit 1  Rules of the U.S. Supreme Court as of --/--/10 through 06/30/2013

Reason for this request will follow in subsequent Plaintiffs' documents which will reference the above. The Court may note however that the are all official records of the U.S. Supreme Court, the first two created by that court iself, the other created by non-party the Reporters' Committee for the Freedom of the Press.

    /s/ Frederick M. Oberlander
    Counsel for Plaintiffs