# In the United States Court of Federal Claims

No. 15-1245C
(Filed December 20, 2024)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
ESTATE OF ERNEST                 *
GOTTDIENER, et al.,              *
                                 *
                                 *
              Plaintiffs,        *
                                 *
    v.                           *
                                 *
THE UNITED STATES,               *
                                 *
              Defendant.         *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

On November 19, 2024, the Court directed plaintiffs to file their final response to the government's pending motion to dismiss and their reply in support of their motion for the Court to take judicial notice of certain evidence on or by December 10, 2024. On the due date plaintiffs' counsel emailed chambers indicating that a filing was imminent. Three days later, counsel emailed again stating that a filing was to be sent shortly. Then on December 16, 2024, plaintiffs' counsel emailed to chambers and government counsel a document which may be an excerpt from the anticipated filing. As it is not clear whether this document was intended to be filed (and for what purpose), and in light of plaintiffs' counsel's medical issues, plaintiffs are again directed to file the above referenced document(s) on or by **Friday, January 10, 2025**.

**IT IS SO ORDERED.**

                                          s/ Victor J. Wolski
                                          **VICTOR J. WOLSKI**
                                          Senior Judge