# In the United States Court of Federal Claims

No. 15-1245C
(Filed January 31, 2025)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
ESTATE OF ERNEST                 *
GOTTDIENER, et al.,              *
                                 *
                                 *
            Plaintiffs,          *
                                 *
    v.                           *
                                 *
THE UNITED STATES,               *
                                 *
            Defendant.           *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

      The Court previously ordered plaintiffs to file their final response to the government's pending motion to dismiss and their reply in support of their motion for the Court to take judicial notice of certain evidence on or by Friday, January 10, 2025. ECF No. 157. At the end of that day, Chambers and defendant's counsel received an email from plaintiffs' counsel indicating that his attempt to file a motion for an extension was prevented by technical difficulties. The following Monday, plaintiffs' counsel sent two more emails to Chambers and the government's counsel indicating that he was unable to make the required submissions due to certain material remaining sealed by another court. Accordingly, plaintiffs shall file the above-referenced documents, or a motion for a stay of proceedings with a clear explanation for the cause of the delay and of the material they wish to submit, on or by **Friday, February 14, 2025**. If plaintiffs' counsel believes it is necessary, these documents may be filed under seal.

**IT IS SO ORDERED.**

                                                  s/ Victor J. Wolski
                                                  **VICTOR J. WOLSKI**
                                                  Senior Judge