# PLAINTIFFS' MOTION FOR JUDICIAL NOTICE OF PUBLIC RECORD

COME NOW Plaintiffs, by and through the undersigned counsel, pursuant to Rule 201 of the Federal Rules of Evidence, and hereby respectfully move this Court to take judicial notice of a public filing from the United States Court of Appeals for the Second Circuit docket, which is attached as an exhibit to this motion. USCS Fed Rules Evid R 201.

1. Pursuant to Federal Rule of Evidence 201(b)(2), this Court may judicially notice a fact that is not subject to reasonable dispute because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." USCS Fed Rules Evid R 201.

    ➢ The document for which judicial notice is requested is a public filing from the United States Court of Appeals for the Second Circuit docket, which constitutes a public record from sources whose accuracy cannot reasonably be questioned.

    ➢ Federal Rule of Evidence 201(c)(2) provides that the Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." USCS Fed Rules Evid R 201.

4. The Court may take judicial notice "at any stage of the proceeding" pursuant to Federal Rule of Evidence 201(d). USCS Fed Rules Evid R 201.

5. The document is attached as an exhibit to this motion and is incorporated by reference pursuant to Federal Rule of Civil Procedure 10(c). USCS Fed Rules Civ Proc R 10.

6. The reason for this request is for support of Plaintiffs' motions for judicial discovery.

7. Plaintiff has not sought consent from the Defendant United States for this motion because such consent is not required under the applicable rules, and due to the current government furlough, there is no available representative to contact regarding this matter.

8. Immediate judicial notice is requested given its public and readily verifiable nature.

WHEREFORE, Plaintiff respectfully requests that this Court take immediate judicial notice of the attached exhibit from the United States Court of Appeals for the Second Circuit docket.

Respectfully submitted,

/s/ Frederick M. Oberlander
Counsel for Plaintiff