# In the United States Court of Federal Claims

No. 15-1245C
(Filed October 30, 2025)

```
* * * * * * * * * * * * * * * * *
                                 *
                                 *
ESTATE OF ERNEST                 *
GOTTDIENER, et al.,              *
                                 *
                                 *
              Plaintiffs,        *
                                 *
     v.                          *
                                 *
THE UNITED STATES,               *
                                 *
              Defendant.         *
                                 *
                                 *
 * * * * * * * * * * * * * * * * *
```

## ORDER

Defendant's Motion for a Stay in Light of Lapse of Appropriations is **GRANTED** and proceedings in this case are **STAYED**. Defendant shall respond to plaintiffs' motions, ECF Nos. 168 and 169, within 30 days of the restoration of appropriations to the Department of Justice.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Senior Judge
